JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11

| | |
|---|---|
| TOROS ASLANYAN, an individual; ELLADA ASLANYAN, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation; RUSNAK/PASADENA, a California Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: 2:25−cv−07055−DSF−AGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 24, 2025<br>Removal Date: July 31, 2025 |

///
///
///
///
///
///
///
///
///

**ORDER**

The Court, having considered the signed stipulation of Dismissal with Prejudice and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED.**

DATED: October 27, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE